**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert James Swint,

          Plaintiff,

v.

X. Corp., Inc. and SpaceX,

          Defendants.

Civ. No. 26-2298 (JWB/JFD)


**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**
**OF MAGISTRATE JUDGE**

---

United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") on May 20, 2026. (Doc. No. 3.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1.    The May 20, 2026 Report and Recommendation (Doc. No. 3) is **ACCEPTED**.

2.    This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 23, 2026

           *s/ Jerry W. Blackwell*
          JERRY W. BLACKWELL
          United States District Judge